IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CURTIS DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:15-CV-562-WKW |
| | ) | |
| CHERYL PRICE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On August 6, 2015, the Magistrate Judge filed a Recommendation in this case.  (Doc. # 6.)  On August 17, 2015, Petitioner filed Objections to the Recommendation.  (Doc. # 7.)  The court has reviewed *de novo* those portions of the Recommendation to which Petitioner has objected.  *See* 28 U.S.C. § 636(b)(1).

Upon consideration of the Recommendation and the Objections, it is ORDERED that:

(1)    The Objections (Doc. # 7) are OVERRULED;

(2)    The Recommendation (Doc. # 6) is ADOPTED;

(3)    Petitioner's § 2254 petition for habeas relief is DENIED; and

(4)    This action is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3).

A separate final judgment will be entered.

DONE this 19th day of August, 2015.

_____
/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE